# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02650-BNB

DORIAN TREVOR SYKES,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN MS. REVELL, and
SIA MR. CHAVEZ

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On January 3, 2008, Plaintiff filed a Motion of Subpoena (Doc. No. 5). The Motion is DENIED as premature.

Dated: February 1, 2008

A copy of this Minute Order mailed on February 1, 2008, to the following:

Dorian Trevor Sykes
Reg. No. 31185-039
USP - Florence
PO Box 7000
Florence, CO 81226

                Secretary/Deputy Clerk